**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460

**Jason P. Evans**, OSB #193573
Email: jevans@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COLUMBIA SPORTSWEAR COMPANY**, an Oregon corporation, **COLUMBIA SPORTSWEAR NORTH AMERICA, INC.**, an Oregon corporation, and **COLUMBIA BRANDS USA, LLC**, an Oregon limited liability company**,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**<br><br>Defendant. | No. 3:25-cv-1299<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, UNFAIR COMPETITION, BREACH OF CONTRACT, AND BREACH OF DUTY OF GOOD FAITH AND FAIR DEALING**<br><br>**DEMAND FOR JURY TRIAL** |

Columbia Sportswear Company ("CSC"), Columbia Sportswear North America, Inc.

("CSNA") and Columbia Brands USA, LLC ("CBUSA," and collectively "Columbia

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

Sportswear") file this Complaint against defendant The Trustees of Columbia University in the City of New York ("Columbia University" or the "University"), alleging as follows:

## NATURE OF THE ACTION

1.     This is an action for breach of contract, trademark infringement, federal unfair competition, and related state and common law claims in connection with Columbia University's sales of merchandise in breach of a written agreement entered into between the University and CSC in 2023, and which also infringes Columbia Sportswear's intellectual property rights.

2.     Columbia Sportswear seeks injunctive and monetary relief.

## THE PARTIES

3.     Plaintiff CSC is a corporation organized and existing under the laws of the State of Oregon, with its principal place of business in Portland, Oregon.

4.     Plaintiff CSNA is a corporation organized and existing under the laws of the State of Oregon, with its principal place of business in Portland, Oregon. CSNA is the owner of certain intellectual property rights developed by CSC and its employees.

5.     Plaintiff CBUSA is a limited liability company organized and existing under the laws of the State of Oregon, with its principal place of business in Portland, Oregon. CBUSA is the licensee of certain intellectual property rights from CSNA.

6.     Defendant Columbia University is a private institution of higher education located in New York, New York.

Page 2 -    COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

## JURISDICTION AND VENUE

7.    This Court has subject matter jurisdiction over this action under 15 U.S.C. § 1125 and 28 U.S.C. § 1331 because this action arises under the federal Lanham Act.  Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over the claims arising under Oregon state law because those claims are substantially related to the claims over which this Court has original jurisdiction and are part of the same case and controversy.

8.    This Court has personal jurisdiction over Columbia University because the University has produced, is producing, and apparently intends to continue producing, certain merchandise bearing the COLUMBIA name, and/or has engaged third-party licensees or manufacturers to do the same, as further alleged and described herein (collectively, the "Infringing Merchandise"), and which it sells on its online webstore that is accessible not only in the State of Oregon, but across the country and internationally as well.  The University is subject to personal jurisdiction in this Court because it actively markets and sells the Infringing Merchandise on its online webstore, which targets, reaches, serves, and ships to customers located in Oregon.  The University also visits high school campuses across the state of Oregon in an effort to recruit Oregon students to attend the University and attempts to sell those Oregon students (and often, their parents) the Infringing Merchandise.  Further, the University has an Oregon-based alumni association that is sponsored by the University, and that association markets the University's apparel, including the Infringing Merchandise, to Columbia University alumni living in the state of Oregon.  This is also the judicial district where Plaintiff CSC resides and thus it is where the contract which is the subject of this action as hereafter further described and alleged was negotiated and entered into.

Page 3 -    COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

9.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because this is the judicial district where Plaintiff CSC resides and thus it is where the contract which is the subject of this action as hereafter further described and alleged was negotiated and entered into.  It is also the judicial district where Columbia Sportswear's harm will be felt and, as alleged in Paragraph 8, *supra*, is a judicial district where the University carries out extensive marketing and sales campaigns, which necessarily include the marketing and sale of the Infringing Merchandise.

## FACTS AND BACKGROUND

### THE COLUMBIA NAME

10.     Columbia Sportswear is a worldwide leader in the design and sale of outdoor apparel, footwear, and accessories.  Columbia Sportswear's products are sold through over 800 retail locations, including more than 150 Columbia Sportswear-branded retail stores, through its Columbia.com website, the websites of its hundreds of wholesale customers, as well as authorized third-party international online platforms.  Columbia Sportswear products are easy to recognize not only because of their quality, construction, and longevity, but also by their brand identity and pedigree that is all united under a single, universally recognizable word: "COLUMBIA."

11.     Columbia Sportswear has spent over eighty years building its reputation in the U.S. and around the world.  Its trademarks symbolize Columbia Sportswear's sterling reputation for high-quality active, outdoor, sporting, and recreational wear and gear.

12.     Columbia Sportswear broadly uses a distinctive shade of its color blue as its corporate color.  For example:

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460





13.    The COLUMBIA name enjoys a unique distinctiveness in the field of apparel, among other goods, achieved by way of the more than eight decades that it has been selling apparel branded with the COLUMBIA name.  Columbia Sportswear has spent substantial sums developing its brand image, recognition, and reputation.  The word COLUMBIA refers to only one thing in the minds of consumers of apparel, footwear, and related accessories: a longstanding, well-known brand that offers high-quality recreational products, clothing, and gear to consumers at accessible prices.

14.    Many of Columbia Sportswear's shirts, sweatshirts and hats carry the COLUMBIA mark prominently, so as to associate the quality of the apparel and accessories with the reputation and goodwill of Columbia Sportswear:

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460





Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460





Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460





15.    Indeed, many of Columbia Sportswear's shirts, sweatshirts and hats use the

COLUMBIA mark without "Sportswear" or any other letters, words or logos, thus ensuring that

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

the COLUMBIA mark, by itself, is associated with Columbia Sportswear when used in connection with apparel.



Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460





16.     And as shown above, Columbia Sportswear frequently uses the COLUMBIA

mark in large font, spread across the front of the garment, or on a sleeve, meant to be

conspicuous.

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

17.     To that end, Columbia Sportswear has registered COLUMBIA as a standard character word mark with the United States Patent and Trademark Office, U.S. Registration No. 2047397 (the "Registration").  The Registration covers, among other goods, "men's, women's and children's jackets, parkas, wind resistant jackets, pants, shorts, rain suits, ski bibs, jacket liners, gaiters, scarves, **hats**, gloves, mittens, shoes and boots, men's and women's turtlenecks, sweatshirts, sweatpants, ski suits, vests, **shirts**, belts and visors, and women's jumpers and skirts." (Emphasis added).

18.     The Registration is evidence of, and creates a legal presumption of, the validity of the Registration, Columbia Sportswear's ownership of the COLUMBIA mark, and Columbia Sportswear's exclusive right to use the mark for the goods identified in the Registration.  Indeed, the rights afforded to Columbia Sportswear by the Registration are now legally incontestable under 15 U.S.C. § 1065.

19.     Columbia Sportswear prominently features the mark COLUMBIA in its stores and in its advertising, and the COLUMBIA mark is either the sole or the dominant portion of its name in corporate advertising:

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460





Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

20.    Consumer sentiment favors Columbia Sportswear, which, under its name, sold over $3.3 billion of product in 2024 alone.  The COLUMBIA name is synonymous with high-quality outerwear, and Columbia Sportswear has worked hard to secure its position in the marketplace and, with each product sold, reaffirms why it is so deserving of the goodwill it enjoys.

### COLUMBIA UNIVERSITY'S USE OF THE COLUMBIA NAME

21.    It is no secret that, on the East Coast, there exists a private institution of higher education with the name Columbia University.  Indeed, Columbia Sportswear has recognized, in writing dated on or about June 13, 2023, that the University is "a world-renowned educational institution that traces its origins back to 1754."  In that same writing, the University also recognized that Columbia Sportswear is "one of the world's largest outerwear companies that traces its origins back to 1938."  At the time, the parties had peacefully coexisted without any known instances of confusion.

22.    But Columbia University has a bookstore that sells apparel, including apparel that signifies the University.  This creates the potential for source confusion as between Columbia Sportswear apparel and branded clothing sold by the University.

23.    The University also wanted to register the name and mark COLUMBIA for use on apparel and accessories in forty-eight nations around the world, including the United States, so that third parties could manufacture apparel and accessories with the COLUMBIA mark in these various territories around the world.  The University wanted to secure these rights so that the University's consumers would be able to purchase affinity apparel associated with the University, and express their allegiance to the University.

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

24.     But this creates the risk of further confusion, because if the University has apparel made by third parties with the word "Columbia" on the clothing, multiple identifiers may appear on a single garment, suggesting an association between those brands.

25.     Columbia Sportswear was willing to cooperate with the University in registering its name and permitting use of the same on merchandise designed solely for the purpose of promoting the institution and fostering a sense of unity among its alumni, fans, and supporters around the globe, regardless of where they might be located, provided any concerns about confusion could be mitigated.

26.     To achieve this goal while simultaneously mitigating any risk of brand confusion or possibility of consumer mistake between the two identical names ("Columbia" and "Columbia"), Columbia Sportswear and the University agreed to certain terms (the "Terms") under which the University, and those authorized by it, could register and use the term COLUMBIA on apparel and merchandise without objection from Columbia Sportswear.

27.     The Terms were enshrined in a June 13, 2023 letter addressed to the University. The Terms provided that:

> 1.     Columbia Sportswear consents to the use and registration in the Territories, by or under the direct or indirect authority of the University, of the term COLUMBIA on and in connection with the Articles, on condition that any use and registration of COLUMBIA is only in conjunction with at least one other indicia of the University such as its SHIELD, its CROWN, its C design, or a representation of its LION MASCOT, such design elements substantially as shown on the Exhibit A attached hereto, or the word UNIVERSITY, the name of a school or academic department at Columbia (e.g., COLUMBIA LAW or COLUMBIA PHYSICS), its YEAR OF FOUNDING (1754) or some combination thereof (the "University Indicia"), with or without other words, or as the parties may otherwise expressly agree in writing.

> * * *

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

3.    * * * The University agrees that it shall not use or register, or allow its suppliers, customers, or direct or indirect licensees or retailers to use or register, in the Territories the term COLUMBIA without the University Indicia. . . .

28.    Exhibit A to the agreement included the following four—and only the following four—"indicia":



29.    By agreeing that the University may use the mark COLUMBIA only in conjunction with some such specific indicia of the school, such as the above logos, the word UNIVERSITY, the name of a particular school, or the number 1754, Columbia Sportswear endeavored to ensure there would be no meaningful risk of customer confusion between the University's apparel and accessories and those sold by Columbia Sportswear.  Columbia would not have agreed to allow the University to use the COLUMBIA mark with items of apparel if the University had not promised to only use the COLUMBIA mark in conjunction with the

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

University's identified indicia, a specific point of the negotiations that the University's attorney confirmed in correspondence with Columbia Sportswear.

30.     In exchange, Columbia Sportswear agreed, among other things, not to sue the University, or its "suppliers, customers or direct or indirect licensees or retailers" "based on any use by the University or under the direct or indirect authority of the university of the term COLUMBIA in conjunction with the University Indicia on or in connection with any and all Articles in the Territories, or any applications or registrations of the term COLUMBIA in conjunction with the University Indicia for any or all of the Articles in the Territories."

31.     Notwithstanding this express agreement, in September 2024 Columbia Sportswear became aware of numerous apparel items for sale on the University's webstore (https://columbia.spirit.bncollege.com/) that used the name COLUMBIA without any other University Indicia, as that term was and is identified in the agreement among the parties.

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

32.     Non-exhaustive examples of the items constituting Infringing Merchandise are as follows:





Mens CHAMPION lbl Columbia University SP
Arched Short School Name SS Replen Tee

In Stock - This item will ship within 3 business days.

**Your Price: $24.98**

Size                                    SIZE CHART

| S | M | L | XL | XXL | 3XL |

Quantity

| 1 ▾ |          Add to Cart

Shipping                                       –

•  This item will ship within 3 business days.

Details                                        +

Description                                    +

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460





**Mens LEAGUE navy Columbia University Victory Fall Long Sleeve Tee**

Out of Stock

**Your Price: $44.98**

Size                                                    SIZE CHART

| S | M | L | XL | XXL |

Quantity

Add to Cart





**Columbia University SSN Adjustable Hat Light Blue**

In Stock - This item will ship within 3 business days.

**Your Price: $29.98**

Quantity

1        Add to Cart

Shipping                                                    −

• This item will ship within 3 business days.

Description                                                  +

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460





**Womens LEAGUE wht Columbia University CLOTHESLINE CROP SS TEE**

In Stock - This item will ship within 3 business days.

**Your Price: $32.98**

33.     Moreover, many of these garments are, or incorporate, a bright blue color that is confusingly similar to the blue color that has long been associated with Columbia Sportswear.

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

34.    Some Infringing Merchandise even bear logos of other companies that compete with Columbia Sportswear in the apparel market—and, in fact, which are even headquartered in the same state:






Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

35.     Though Columbia Sportswear and Nike are headquartered in the same State and are both highly reputable sporting apparel designers and have a generally friendly relationship, the two companies have never collaborated to jointly design, manufacture, market, or sell any product.  A consumer looking at the Infringing Merchandise would never know that, and, in fact, would reasonably be induced into believing the companies had.

36.     Certain of the University's infringing apparel is made by Champion, another sporting apparel manufacturer, including the shirt below, which has the Champion "C" logo on the sleeve and is marketed on the University bookstore's website with the word "CHAMPION" in all capital letters.



37.     A consumer looking at the Infringing Merchandise would reasonably be induced into believing there is an association between Columbia Sportswear and Champion to manufacture and sell the Infringing Merchandise, when, in fact, there is not.

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

38.    Notably, the Infringing Merchandise bears no indication that it is associated with Columbia University, as opposed to Columbia Sportswear.  Examples of merchandise sold by the University that <u>comply</u> with the parties' agreed Terms are shown below:





Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460





**Men's Champion Light Blue Columbia University Basic Arch T-Shirt**

In Stock - This item will ship within 1 business day.

**Your Price: $24.99**

Most Popular in Men T-Shirts

Color: Light Blue

Size        SIZE CHART

S   M   L   XL   2XL

Quantity

1        Add to Cart

Shipping        −

• This item will ship within 1 business day.

Details        +

Description        +

Almost Gone!
Ready To Ship





**Columbia University Twill Adjustable Hat White**

In Stock - This item will ship within 3 business days.

**Your Price: $29.98**

Quantity

1        Add to Cart

Shipping        −

• This item will ship within 3 business days.

Details        +

Description        +

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

39.     Notably, the Infringing Merchandise (*see* Paragraphs 31-34, *supra*) does not include the hallmark characteristic markers—the University Indicia—borne by the products that comply with the parties' agreement depicted in Paragraph 38, *supra*.  For example:

**Infringing Merchandise**                    **Compliant Merchandise**

              

40.     The University is appropriating and using the COLUMBIA mark in a manner inconsistent with the Terms agreed upon by the parties.

41.     In an attempt to reach an amicable resolution to the issue, Columbia Sportswear contacted the University in September 2024 to discuss the Infringing Merchandise, which upon Columbia Sportswear's information and belief constituted a relatively limited portion of the apparel and headwear items distributed and sold by the University, to request that the University cure its breach of the Terms within a reasonable period of time and to cease sales of its Infringing Merchandise.

42.     The University did not cure its breach of the Terms.

43.     The University did not cease selling the Infringing Merchandise.

44.     In fact, the University continues to sell the Infringing Merchandise to this day.

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

45.     The University's breach and its encroachment on Columbia Sportswear's trademark rights is therefore willful.

46.     The University's conduct is currently causing and/or is reasonably likely to cause substantial confusion in the marketplace and, thus, injury to Columbia Sportswear.

47.     The University's use of the COLUMBIA mark, which is identical to Columbia Sportswear's registered trademark and brand name (in some instances in connection with the signature logo of a competing company with which Columbia Sportswear has never collaborated), on goods that are identical or related to, and competitive with, the merchandise on which the Columbia name appears, is likely to deceive, confuse, and mislead actual and prospective purchasers before, during, and after purchase into believing the merchandise sold by the University is manufactured, authorized, licensed, sponsored, affiliated, connected, associated with, or in some way approved by Columbia Sportswear, or that Columbia Sportswear has at some point collaborated with Nike or other competitors to produce and label co-branded merchandise, none of which is true.

48.     The University's conduct is likely to lead to post-sale confusion in that the COLUMBIA mark has an ongoing and valuable role to play as a badge of origin even after the initial purchase of the goods or services in question.  Like Columbia Sportswear with its apparel, the University prominently displays the COLUMBIA mark on its Infringing Merchandise so as to be seen by a wider audience.  The University advertises its COLUMBIA-branded merchandise as a way of demonstrating school pride, and invites its students, parents of students, and alumni to wear COLUMBIA-branded apparel as a public display.  The viewing public—the intended audience of that apparel when worn by students, parents of students, and alumni—is likely to be confused as to the source of the apparel and other Infringing Merchandise.

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

49.     The likelihood of deception, confusion, and mistake engendered by the University's misappropriation and misuse of the COLUMBIA name is causing irreparable harm to the brand and goodwill symbolized by Columbia Sportswear's registered mark COLUMBIA and the reputation for quality it embodies.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### (Breach of Contract)

50.     Columbia Sportswear repeats and realleges the allegations above as if fully set forth herein.

51.     The University "agree[d] that it shall not use . . . in the Territories the term COLUMBIA without the University Indicia."

52.     One of the so-defined Territories is the United States.

53.     The University is and has been breaching the Terms by selling shirts, sweatshirts, hats, and other merchandise with the COLUMBIA mark but without any of the University Indicia, at least in the United States.

54.     Columbia Sportswear has been damaged as a result of the University's breach.

### SECOND CLAIM FOR RELIEF

### (Breach of Duty of Good Faith and Fair Dealing)

55.     Columbia Sportswear repeats and realleges the allegations above as if fully set forth herein.

56.     Every contract, including the contract at issue here, includes an implied covenant that the parties' contractual duties will be performed in good faith.

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

57.     The University was required to perform its obligations under the Terms in a manner consistent with the duty of good faith and fair dealing.

58.     The University breached such obligations in the manners identified above.

59.     As a result of the University's breach, Columbia Sportswear has suffered—and continues to suffer—past and future damages in an amount to be determined at trial.

### THIRD CLAIM FOR RELIEF

### (Federal Trademark Infringement Under 15 U.S.C. § 1114)

60.     Columbia Sportswear repeats and realleges the allegations above as if fully set forth herein.

61.     Columbia Sportswear has federally-registered trademark rights in the COLUMBIA mark in conjunction with a wide variety of apparel items, including hats and shirts.

62.     Columbia Sportswear's name is distinctive and commercially strong.  Because of Columbia Sportswear's longstanding use of the COLUMBIA mark on its products, the consuming public of apparel and accessories has come to associate the COLUMBIA mark with Columbia Sportswear.

63.     The University is infringing on the rights that Columbia Sportswear has built by selling, offering for sale, distributing, and advertising merchandise branded with the COLUMBIA mark.

64.     Columbia Sportswear has not authorized the University to use the COLUMBIA mark in the absence of any University Indicia on any of its merchandise.

65.     The University's unauthorized use in commerce of the COLUMBIA mark in connection with apparel and accessories is likely to cause consumers to mistakenly believe that the University's merchandise is sold, authorized, licensed, endorsed, or sponsored by Columbia

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

Sportswear, or in some way affiliated, connected, or associated with Columbia Sportswear. Because Columbia Sportswear has superior rights in the COLUMBIA mark for apparel, the University's conduct constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

66.    The University's conduct threatens to cause and is causing immediate and irreparable harm and injury to Columbia Sportswear, and will continue to both damage Columbia Sportswear and confuse the public unless enjoined by this Court.  Columbia Sportswear has no adequate remedy at law.

67.    Columbia Sportswear is entitled to, among other relief, injunctive relief and an award of actual damages, the University's profits, enhanced damages and profits, reasonable attorney fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116 and 1117, together with pre- and post-judgment interest.

## FOURTH CLAIM FOR RELIEF

### (False Designation of Origin and Unfair Competition in Violation of 15 U.S.C. § 1125(a))

68.    Columbia Sportswear repeats and realleges the allegations above as if fully set forth herein.

69.    The University's unauthorized use in commerce of the COLUMBIA mark as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of its merchandise, and is likely to cause consumers to mistakenly believe that the University's merchandise is sold, authorized, licensed, endorsed, or sponsored by Columbia Sportswear, or that the University is in some way affiliated, connected, or associated with Columbia Sportswear.

70.    Certain items of the University's Infringing Merchandise are also likely to cause consumers to mistakenly believe that Columbia Sportswear has, at any point, collaborated,

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

authorized, licensed, endorsed, or sponsored Nike apparel, or that Columbia Sportswear is in some way affiliated, connected, or associated with Nike.

71.     The University's unauthorized use in commerce of the COLUMBIA mark as alleged herein constitutes false designation of origin and a misleading description and representation of fact.

72.     Upon information and belief, the University's conduct as alleged herein is willful and is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of the University and Columbia Sportswear.

73.     The University's conduct as alleged herein constitutes unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

74.     The University's conduct threatens to cause and is causing immediate and irreparable harm and injury to Columbia Sportswear, and to Columbia Sportswear's good will and reputation, and will continue to both damage Columbia Sportswear and confuse the public unless enjoined by this Court.

75.     Columbia Sportswear has no adequate remedy at law.

## FIFTH CLAIM FOR RELIEF

### (Trademark Infringement Under Oregon Common Law)

76.     Columbia Sportswear repeats and realleges the allegations above as if fully set forth herein.

77.     Columbia Sportswear owns common law trademark rights in its COLUMBIA mark that are superior to any right that the University may claim to have in that mark in relation to apparel such as shirts, sweatshirts, and hats.

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

78.     The University's unauthorized use in commerce of the COLUMBIA mark to advertise and offer merchandise for sale is reasonably likely to cause confusion and deception with Columbia Sportswear's brand, or will cause confusion, mistake, or deception as to the origin of the University's Infringing Merchandise.

79.     The University's conduct as alleged herein constitutes trademark infringement under Oregon common law.

## SIXTH CLAIM FOR RELIEF

### (Unfair Competition Under Oregon Common Law)

80.     Columbia Sportswear repeats and realleges the allegations above as if fully set forth herein.

81.     The University's conduct as alleged herein constitutes unfair competition under Oregon common law.

## JURY DEMAND

82.     Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs hereby demand a trial by jury of all issues so triable that are raised herein or which hereinafter may be raised in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor on each and every claim for relief set forth above, and award them relief, including but not limited to the following:

1.     Defendant and all of its agents, officers, employees, representatives, successors, assigns, licensees, contractors, attorneys, and all other persons acting for, with, by, through, or under authority from the University, and each of them, be enjoined, both preliminarily and permanently, from:

Page 30 -    COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

a.  Using the COLUMBIA mark without at least one other specifically-identified University Indicia, on or in connection with apparel and accessories;

b.  Selling, offering for sale, distributing, or advertising any apparel or accessories bearing the COLUMBIA mark without at least one other specifically-identified University Indicia; and

c.  Using any trademark, name, logo, design, or other source designation of any kind, with any merchandise, that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods are produced, provided, or endorsed by Columbia Sportswear, or are sponsored or authorized by Columbia Sportswear.

2.      Ordering the University to recall all products bearing the COLUMBIA mark without at least one other of the specifically-identified University indicia that are in the University's possession, or that have been shipped by the University or under its authority, to any customer, including but not limited to, any wholesaler, distributor, retailor, consignor, licensee, or marketer.

3.      Ordering the University to donate to charity on terms agreeable to Columbia Sportswear, or to otherwise destroy, all Infringing Merchandise in the possession, custody, or under the control of the University.

4.      Compelling the University to account to Columbia Sportswear for any and all profits derived by it from the sale or distribution of the Infringing Merchandise as described in this Complaint;

5.      Awarding Columbia Sportswear all damages caused by the acts forming the basis of this Complaint;

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

6.      Awarding Columbia Sportswear treble damages based on Defendant's knowing and intentional use of the COLUMBIA mark without at least one other University Indicia, enhanced as provided for by 15 U.S.C. § 1117(a) and (b);

7.      Finding that this case is exceptional and requiring Defendant to pay to Columbia Sportswear the costs and reasonable attorneys' fees incurred by Columbia Sportswear in this action pursuant to 15 U.S.C. § 1117(a) and any other applicable statute so allowing.

8.      Awarding Columbia Sportswear punitive damages, based on Defendant's willful and deliberate infringement of the COLUMBIA mark, in part to deter such conduct in the future.

9.      Awarding Columbia Sportswear pre- and post-judgment interest on all monetary awards; and

10.     Any such other and further relief as the Court may deem fair and just.

Dated this 23rd day of July, 2025.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.


By:     *s/ Nika Aldrich*
        Nika Aldrich, OSB #160306


By:     *s/ Jason P. Evans*
        Jason P. Evans, OSB #193573

        *Attorneys for Plaintiffs*

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460