**Nika Aldrich**, OSB #160306
Email: naldrich@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone:  206-622-1711
Facsimile:   206-292-0460

**Jason P. Evans**, OSB #193573
Email: jevans@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COLUMBIA SPORTSWEAR COMPANY**, an Oregon corporation, **COLUMBIA SPORTSWEAR NORTH AMERICA, INC.**, an Oregon corporation, and **COLUMBIA BRANDS USA, LLC**, an Oregon limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**<br><br>Defendant. | No. 3:25-cv-1299<br><br>**COLUMBIA SPORTSWEAR COMPANY, COLUMBIA SPORTSWEAR NORTH AMERICA, INC., and COLUMBIA BRANDS USA, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Page 1 -   PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax:206-292-0460

In accordance with Fed. R. Civ. P. 7.1 and LR 7.1-1, Plaintiffs disclose as follows:

Plaintiff Columbia Sportswear Company, a publicly held corporation, is the ultimate corporate parent of Plaintiffs Columbia Sportswear North America, Inc. and Columbia Brands USA, LLC, and it is the only publicly held corporation that holds more than 10 percent of the stock of Columbia Sportswear North America, Inc. or Columbia Brands USA, LLC.

There is no parent company of Columbia Sportswear Company and no publicly held company owns more than 10 percent of its stock.

Dated this 23rd day of July, 2025.

                Respectfully submitted,

                SCHWABE, WILLIAMSON & WYATT, P.C.

By:    *s/ Nika Aldrich*
        Nika Aldrich, OSB #160306
        Jason P. Evans, OSB #193573

        *Attorney for Plaintiffs*

Page 2 -    PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1420 5th Ave., Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax: 206-292-0460