AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. 1116, you are hereby advised that a court action has been filed in the U.S. District Court for the District of Oregon on the following

☑ Trademarks or ☐ Patents ( ☐ the patent action involves 35 U.S.C. § 292):

| DOCKET NO.<br>3:25–cv–01299–IM | DATE FILED<br>7/23/2025 | U.S. DISTRICT COURT<br>District of Oregon | |
|---|---|---|---|
| PLAINTIFF<br>Columbia Sportswear Company | | DEFENDANT<br>Trustees of Columbia University in the City of New York | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  2047397 | 3/25/1997 | Columbia Sportswear North America, Inc. (Corporation; Oregon, USA) | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above−entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK<br>MELISSA AUBIN | (BY) DEPUTY CLERK<br>R. Schellinger | DATE<br>7/23/2025 |
|---|---|---|

**Copy 1** Upon initiation of action, mail this copy to Director   **Copy 3** Upon termination of action, mail this copy to Director
**Copy 2** Upon filing document adding patent(s), mail this copy to Director   **Copy 4** Case file copy